# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                              *Plaintiff,*

v.                                                      Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: City of Crystal

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

# Summons and Complaint Return of Service

Case No. 0:13–cv–00860–DSD–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:      City of Crystal

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                          *Plaintiff,*

v.                                           Case No. 0:13−cv−00860−DSD−JJG

Jane Does, et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: City of Dayton

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: City of Dayton

Date of Service: _____

## Method of Service

_____ Personally served at this address:
_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_____ Other (specify):
_____
_____
_____

_____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                      *Plaintiff,*

v.                                        Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                      *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: City of Eagan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  City of Eagan

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                *Plaintiff,*

v.                                      Case No. 0:13−cv−00860−DSD−JJG

Jane Does, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   City of Elk River

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Kenneth H Fukuda
            12 S 6th St Ste 1242
            Mpls, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:  

                                        Signature of Clerk or Deputy Clerk
                                        Amy Linner

Date of Issuance:   April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:      City of Elk River

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                  *Plaintiff,*

v.                                    Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                  *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: City of Elko New Market

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:         City of Elko New Market

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                              *Plaintiff,*

v.                                             Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   City of Fairmont

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By: 

                                                  Signature of Clerk or Deputy Clerk

                                                  Amy Linner

Date of Issuance:  April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13–cv–00860–DSD–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     City of Fairmont

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                    *Plaintiff,*

v.                                  Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   City of Faribault

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:      City of Faribault

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

        *Plaintiff,*

v.                Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: City of Forest Lake

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kenneth H Fukuda
    12 S 6th St Ste 1242
    Mpls, MN
    55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*  By: 

              Signature of Clerk or Deputy Clerk

              Amy Linner

Date of Issuance: April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13–cv–00860–DSD–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: City of Forest Lake

Date of Service:

# Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

# Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                      *Plaintiff*,

v.                                          Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                      *Defendant*.

**SUMMONS IN A CIVIL ACTION**

To:   City of Fridley

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*       By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13–cv–00860–DSD–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          City of Fridley

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brooke Nicole Bass,

                        *Plaintiff,*

v.                                            Case No. 0:13–cv–00860–DSD–JJG

Jane Does, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   City of Farmington

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kenneth H Fukuda
        12 S 6th St Ste 1242
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   April 15, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−00860−DSD−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     City of Farmington

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: